502

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ROBERT ARCHIE MC CRAY, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Carl R. Soller* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the respondent.

October 1, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WINSTON SPENCER BULMER, DEFENDANT-PETITIONER.

*Messrs. Andora & Baron* and *Mr. Leopold A. Monaco* for the petitioner.

*Mr. Guy Wm. Calissi* and *Mr. Richard F. Aronsohn* for the respondent.

October 1, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DAVID GUY BALDWIN, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Cynthia M. Jacob* for the petitioner.

*Mr. Robert H. Doherty, Jr.,* and *Mr. Richard A. Grossman* for the respondent.

October 1, 1968. Denied.